[No. 70515-6-I.   Division One.   November 3, 2014.]

LEO McMILIAN, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-23420-5, LeRoy McCullough, J., entered June 10, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 70615-2-I.   Division One.   November 3, 2014.]

BANK OF NEW YORK MELLON, *as Trustee, Appellant*, v. THE CONDO GROUP LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-08047-8, Eric Z. Lucas, J., entered June 5, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 70616-1-I.   Division One.   November 3, 2014.]

BANK OF AMERICA, NA, *Appellant*, v. THE CONDO GROUP LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-02845-0, Bill Bowman, J., entered June 5, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 70730-2-I.   Division One.   November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AARON D'ANGELO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01787-0, Susan H. Amini, J., entered June 21, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Leach, JJ.